1   F. Richard Ruderman (SB No. 142226)
    Christian M. Knox (SB No. 171780)
2   Ruderman & Knox, LLP
    2020 Hurley Way, Suite 405
3   Sacramento, CA  95825
    Telephone: (916) 563-0100
4   Facsimile: (916) 563-0114

5   Attorneys for Plaintiffs

6   Eliza J. McArthur (SB No. 152312)
    Rodney L. Levin (SB No. 169360)
7   Jeffery W. Maisen (SB No. 271809)
    McArthur & Levin, LLP
8   637 N. Santa Cruz Avenue
    Los Gatos, CA 95030
9   Telephone: (408) 741-2377
    Facsimile (408) 741-2378
10
    Attorneys for Defendant
11

12                 UNITED STATES DISTRICT COURT

13               EASTERN DISTRICT OF CALIFORNIA

14

15  T.M., ET AL.,                    )   CASE NO: 2:12-cv-00893-GEB-EFB
                                      )
16              Plaintiffs,           )   ORDER GRANTING CONTINUANCE
                                      )   OF THE PRETRIAL SCHEDULING
17  vs.                              )   CONFERENCE
                                      )
18  VALLECITO UNION SCHOOL           )   JUDGE: Hon. Garland E. Burrell, Jr.
    DISTRICT,                         )   COURTROOM: 10
19                                    )   COMPLAINT FILED: April 27, 2012
               Defendant.            )   PRETRIAL SCHEDULING
20  _____ )   CONFERENCE: July 23, 2012, 9:00 a.m.
                                          TRIAL: NONE SET
21

22          Having found good cause therefor, the Court ORDERS that the Pretrial Scheduling

23  Conference be continued to August 20, 2012, 9:00 a.m.  A joint status report shall be filed fourteen

24  days prior to the hearing.

25          IT IS SO ORDERED.

26

27  DATE: 7/9/12
                                          _____
                                          SENIOR UNITED STATES DISTRICT JUDGE
28

Order Granting Continuance of the Pretrial Scheduling Conference                    Page 1