F. Richard Ruderman (SB No. 142226)
Christian M. Knox (SB No. 171780)
Ruderman & Knox, LLP
2020 Hurley Way, Suite 405
Sacramento, CA  95825
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiffs

Eliza J. McArthur (SB No. 152312)
Rodney L. Levin (SB No. 169360)
Jeffery W. Maisen (SB No. 271809)
McArthur & Levin, LLP
637 N. Santa Cruz Avenue
Los Gatos, CA 95030
Telephone: (408) 741-2377
Facsimile (408) 741-2378

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.M., ET AL.,<br><br>        Plaintiffs,<br><br>vs.<br><br>VALLECITO UNION SCHOOL DISTRICT,<br><br>        Defendant. | CASE NO: 2:12-cv-00893-GEB-EFB<br><br>ORDER GRANTING CONTINUANCE OF THE PRETRIAL SCHEDULING CONFERENCE<br><br>JUDGE: Hon. Garland E. Burrell, Jr.<br>COURTROOM: 10<br>COMPLAINT FILED: April 27, 2012<br>PRETRIAL SCHEDULING CONFERENCE: July 23, 2012, 9:00 a.m.<br>TRIAL: NONE SET |

      Having found good cause therefor, the Court ORDERS that the Pretrial Scheduling Conference be continued to August 20, 2012, 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

      IT IS SO ORDERED.

DATE: 7/9/12

_____
SENIOR UNITED STATES DISTRICT JUDGE